UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3-13-bk-03044
Chapter 9

IN RE:

**LONG THANH LE**

_____**Debtor(s)**

## ORDER OF IMPENDING DISMISSAL

The Court, having considered the voluntary petition filed on May 16, 2013, finds the individual debtor has indicated he is commencing a case under Chapter 9 of Title 11 of the United States Code. In accordance with 11 U.S.C. §109(c), a municipality is the only entity eligible to file for relief under Chapter 9. It is

**ORDERED**:

1. The debtor shall file an amended voluntary petition indicating the appropriate Chapter he intends to proceed under within seven (7) days of this Order.

2. Failure of the debtor to comply with this Order shall constitute reason for dismissal of this case, and the Court on its own motion and without further notice will dismiss this case without prejudice.

**DATED** May 17, 2013, at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge